**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON BODE,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT K. WONG, warden,<br><br>    Respondent.<br>_____/ | No. C 09-5848 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 26, 2011

                                             SUSAN ILLSTON
                                     United States District Judge